467 A.2d 62

Sgro v. Sgro, Appellant.

Argued March 16, 1983. I. Sinclair, for appellant; Thelma McC. Zearfoss, for appellee.

Before CERCONE, President Judge, ROWLEY and CIRILLO, JJ.

Affirmed.

October 28, 1983.

467 A.2d 63

Commonwealth v. Dizzley, Appellant.

Submitted February 8, 1983. William D. Moyer, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.